Order entered November 5, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01474-CR

## EX PARTE MICHAEL T. ROBERTS

On Appeal from the 422nd Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 86890-422

## ORDER

The Court has received the clerk's record and the reporter's record in this appeal from the trial court's order denying appellant the relief sought by his application for writ of habeas corpus. The clerk's record does not contain a copy of the trial court's certification of appellant's right to appeal.

We **ORDER** the Kaufman County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the trial court's certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(d).

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order. We **ORDER** the State to file its brief within **FORTY-FIVE DAYS** of the date of this order. No extensions will be granted. If any party's brief is not filed within the time specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted without oral argument on January 25, 2013 to a panel consisting of Justices Moseley, Francis, and Lang. *See* TEX. R. APP. P. 31.2.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following:

- Honorable B. Michael Chitty, Presiding Judge, 422nd Judicial District Court;

- Donna Gehl, Official Court Reporter, 422nd Judicial District Court;

- Kaufman County District Clerk; and

- Counsel for all parties.

CAROLYN WRIGHT
CHIEF JUSTICE